## IN RE: Patrick J. CHRISTMAS, Jr., Respondent.

### No. 16–BG–1204

District of Columbia Court of Appeals.

Filed January 26, 2017

**Bar Registration No. 85985, DDN: 376–16**

BEFORE: Blackburne–Rigsby, Associate Judge, and Pryor and Farrell, Senior Judges.

## ORDER

PER CURIAM

On consideration of the certified order changing respondent's status to practice law in the state of Maryland to inactive by consent, this court's December 22, 2016, order suspending respondent and directing him to show cause why he should not be indefinitely suspended pursuant to a disability suspension under D.C. Bar R. XI § 13, and the statement of respondent wherein he consents to the imposition of an indefinite suspension due to disability, it is

ORDERED that Patrick J. Christmas is hereby indefinitely suspended from the practice of law in the District of Columbia pursuant to D.C. Bar R. XI § 13. It is

FURTHER ORDERED that respondent's attention is directed to the requirements of D.C. Bar R. XI § 13 (g) for reinstatement, as well as D.C. Bar R. XI § 14 relating to suspended attorneys and to the provisions of Rule XI § 16 (c) dealing with the timing of eligibility for reinstatement as related to compliance with D.C. Bar R. XI § 14, including the filing of the required affidavit.